ALISON F. ROOT, Appellant, v SWIG EQUITIES, LLC, Respondent. [917 NYS2d 859]—

Concur—Saxe, J.P., Sweeny, Catterson, Freedman and Román, JJ.